HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CHRISTOPHER THATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case 1:18-mj-00172-SAB |
|---|---|
| Plaintiff, | **CONSENT TO APPEAR BY VIDEO TELECONFERENCE** |
| vs. | |
| CHRISTOPHER THATCHER, | |
| Defendant. | |

I, Christopher Thatcher, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my probation review hearing in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by video teleconference for the probation review hearing currently set for January 21, 2021.

Dated: January 20, 2021  
/s/ Matthew Lemke  
MATTHEW LEMKE  
Assistant Federal Defender  
Attorney for Defendant  
CHRISTOPHER THATCHER

Dated: January 20, 2021  
/s/ Christopher Thatcher  
CHRISTOPHER THATCHER  
Defendant

**ORDER**

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, Christopher Thatcher is permitted to appear by video teleconference for probation review hearing scheduled to take place on January 21, 2021.

IT IS SO ORDERED.

Dated:   **January 20, 2021**

UNITED STATES MAGISTRATE JUDGE